# Third District Court of Appeal

## State of Florida

Opinion filed March 16, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D15-1152, 3D15-1151, 3D15-1150
Lower Tribunal Nos. 14-155 A P, 14-172 A P, 14-174 A P

_____

**Giovanny Lluis,**
Appellant,

vs.

**The State of Florida,**
Appellee.

Appeals from the Circuit Court for Monroe County, Luis M. Garcia, Judge.

Carlos J. Martinez, Public Defender, and Marti Rothenberg, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Sandra Lipman, Assistant Attorney General, for appellee.

Before SUAREZ, C.J., and LAGOA and SALTER, JJ.

PER CURIAM.

We affirm defendant's convictions and sentences without prejudice to the defendant filing a Florida Rule of Criminal Procedure 3.800(a) motion.  As the

State properly concedes, the written sentences do not conform to the trial court's oral pronouncements and the trial court must correct the written sentences pursuant to a Rule 3.800(a) motion.

Affirmed, without prejudice.